UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lori Ann Morin,

    Plaintiff,

v.                                                                        Case No.  15-11985

Commissioner of Social                                   Honorable Sean F. Cox
Security,

    Defendant.
_____/

## ORDER ADOPTING
## 7/8/16  REPORT AND RECOMMENDATION

    Plaintiff filed this action, seeking judicial review of the Commissioner's determination that she is not entitled to benefits under 42 U.S.C. § 405(g). The matter was referred to Magistrate Judge Mona Majzoub for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed motions for summary judgment.

    On July 8, 2016, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") (Docket Entry No. 20) wherein she recommends that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and Reverse and remand the decision of the Commissioner for further proceedings in accordance with the R&R.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby **ADOPTS** the July 8, 2016 R&R.

**IT IS FURTHER ORDERED** that: 1) the Commissioner's motion is **DENIED**; and 2) Plaintiff's motion is **GRANTED** to the extent that the Commissioner's decision is **REVERSED and REMANDED** for further proceedings in accordance with the R&R.

**IT IS SO ORDERED.**

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated:  August 2, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2016, by electronic and/or ordinary mail.

                                                s/Teresa McGovern
                                                Case Manager Generalist